UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  NEURONTIN MARKETING AND ) <br> SALES PRACTICES LITIGATION ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> BARKER v. PFIZER INC., et al., ) <br> Docket No. 05-10836-PBS ) <br> _____ ) | MDL Docket No. 1629 <br><br> Master File No. 04-10981 <br><br> Judge Patti B. Saris |

**NOTICE OF APPEARANCE**

Please enter my appearance in the above-captioned action as counsel of record for defendants, Pfizer Inc. and Parke-Davis, a Division of Warner-Lambert Company.

Dated: May 6, 2005

s/David B. Chaffin
David B. Chaffin
BBO No. 549245
HARE & CHAFFIN
160 Federal Street
Boston, MA 02110
(617) 330-5000